J-E01004-21
J-E01005-21

2021 PA Super 189

IN THE INTEREST OF: C.B., A      :     IN THE SUPERIOR COURT OF
MINOR                              :          PENNSYLVANIA
                                         :
                                         :
APPEAL OF: A.B., FATHER        :
                                         :
                                         :
                                         :
                                         :       No. 121 EDA 2020

Appeal from the Order Entered December 16, 2019
In the Court of Common Pleas of Philadelphia County Juvenile Division at
No(s):  CP-51-DP-0001613-2019

***** 

IN THE INTEREST OF: K.B., A      :     IN THE SUPERIOR COURT OF
MINOR                              :          PENNSYLVANIA
                                         :
                                         :
APPEAL OF: A.B., FATHER        :
                                         :
                                         :
                                         :
                                         :       No. 127 EDA 2020

Appeal from the Order Entered December 16, 2019
In the Court of Common Pleas of Philadelphia County Juvenile Division at
No(s):  CP-51-DP-0001614-2019

*****

IN THE INTEREST OF: A.B., A      :     IN THE SUPERIOR COURT OF
MINOR                              :          PENNSYLVANIA
                                         :
                                         :
APPEAL OF: A.B., FATHER        :
                                         :
                                         :
                                         :
                                         :       No. 129 EDA 2020

J-E01004-21
J-E-1005-21

Appeal from the Order Entered December 16, 2019
In the Court of Common Pleas of Philadelphia County Juvenile Division at
No(s): CP-51-DP-0001615-2019

*****

| | | |
|---|---|---|
| IN THE INTEREST OF: C.B., A MINOR | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| | : | |
| | : | |
| APPEAL OF: S.B., MOTHER | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | No. 124 EDA 2020 |

Appeal from the Order Entered December 16, 2019
In the Court of Common Pleas of Philadelphia County Juvenile Division at
No(s): CP-51-DP-0001613-2019

*****

| | | |
|---|---|---|
| IN THE INTEREST OF: K.B., A MINOR | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| | : | |
| | : | |
| APPEAL OF: S.B., MOTHER | : | |
| | : | |
| | : | |
| | : | |
| | : | No. 125 EDA 2020 |

Appeal from the Order Entered December 16, 2019
In the Court of Common Pleas of Philadelphia County Juvenile Division at
No(s): CP-51-DP-0001614-2019

*****

| | | |
|---|---|---|
| IN THE INTEREST OF: A.B., A MINOR | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| | : | |
| APPEAL OF: S.B., MOTHER | : | |
| | : | |

- 2 -

:
:
:     No. 128 EDA 2020

Appeal from the Order Entered December 16, 2019
In the Court of Common Pleas of Philadelphia County Juvenile Division at
No(s):  CP-51-DP-0001615-2019

*****

IN THE INTEREST OF: Y.C., A MINOR     :     IN THE SUPERIOR COURT OF
:                   PENNSYLVANIA
:
APPEAL OF: S.B., MOTHER               :
:
:
:
:
:
:     No. 130 EDA 2020

Appeal from the Order Entered December 16, 2019
In the Court of Common Pleas of Philadelphia County Juvenile Division at
No(s):  CP-51-DP-0001612-2019

BEFORE:  PANELLA, P.J., BENDER, P.J.E., LAZARUS, J., STABILE, J.,
NICHOLS, J., MURRAY, J., McLAUGHLIN, J., KING, J., and
McCAFFERY, J.

CONCURRING STATEMENT BY McLAUGHLIN, J.:     Filed: September 23, 2021

I join the majority opinion in full except for footnote 30.